IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr87

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DANNY BECKHAM | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand by the United States Court of Appeals for the Fourth Circuit. (Doc. No. 158: Order).

After this Court denied the defendant's motion for sentencing reduction (Doc. No. 149: Order), the defendant filed a notice of appeal more than ten days after entry of the judgment (Doc. No. 152: Notice of Appeal). The Fourth Circuit has directed the Court to determine whether the defendant has shown excusable neglect or good cause warranting an extension of the ten-day appeal period.

**IT IS, THEREFORE, ORDERED** that the defendant has thirty (30) days from the entry of this Order to file his response stating any grounds for extending the ten-day appeal period for excusable neglect or good cause.

Signed: July 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge