IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00087-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DANNY BECKHAM | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on retroactive amendments to the United States Sentencing Guidelines regarding to crack cocaine offenses, (Doc. No. 195), counsel's Notice of Ineligibility, (Doc. No. 217), and related pleadings.

The offense level for the defendant's drug offense was determined pursuant to the career offender guideline. (Doc. No. 197: Supplemental Presentence Report at 1). The career offender guideline sets the offense level in relation to the maximum statutory penalty, USSG §4B1.1(b), and was not affected by guideline amendments. Accordingly, the defendant is not eligible for a sentence reduction. United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010); USSG §1B1.10 comment. (n.1(A)(ii)) (defendant not eligible for reduction where another guideline provision prevents lowering of guideline range); Neal v. United States, 516 U.S. 284, 296 (1996) (retroactive amendment to guidelines does not alter statutory mandatory minimum).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. Nos. 195), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 28, 2015

Robert J. Conrad, Jr.
United States District Judge